AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| East Village Shoe Repair, LLC, Boris Zuborev and Mark M. Kratter | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:26-cv-02095-AHA |
| United States Copyright Office and Shira Permutter, in her official capacity as Registrar of Copyrights | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Unites States Copyright Office, 101 Independence Avenue SE, Washington, DC 20340

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mark M. Kratter, 71 East aVenue, Suite K, Norwalk, CT 06851

Boris Zouborev, 1073 Broadway, Brooklyn, NY 11221

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 6/26/2026

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

on *(date)*                                                                                              ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                                           , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                                               ; or

; or

**On: July 7, 2026 I served the summons on: United States Copyright Office, 101
Independence Ave SE Washington, DC 20559-6000
Method of Service: Certified Mail, Return Receipt Requested
Additional Information: USPS Certified Mail Tracking No.** 9589 0710 5270 4107
8766 71

My fees are $                for travel and $                for services, for a total of $        0.00

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

Mark M, Krstol

*Printed name and title*

71 East Avenue, Sistek
Norwalk , CT   06851
203-859-2312

*Server's address*

Additional information regarding attempted service, etc:

USPS® Item Delivered, Left with Individual 9589071052704107876671

From:   USPS Tracking (auto-reply@tracking.usps.com)

To:     laws4ct@aol.com

Date:   Thursday, July 9, 2026 at 08:37 AM EDT



Hello ,

Your item was delivered to an individual at the address at 8:35 am on July 9, 2026 in WASHINGTON, DC 20540.

Tracking Number: 9589071052704107876671

**Delivered, Left with Individual**



**Tracking & Delivery Options**

**My Account**



**Get Tracking Updates in a Daily Email**

Our Informed Delivery® feature sends you a daily email with mail and packages arriving soon. Tracking numbers are automatically included so you don't have to manually track your deliveries.

**Sign Up for Free**