**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EAST VILLAGE SHOE REPAIR, LLC;**<br>**BORIS ZUBOROV, an individual; and**<br>**MARK M. KRATTER, an individual,**<br>***Plaintiffs,***<br>**v.**<br>**UNITED STATES COPYRIGHT OFFICE; and SHIRA PERLMUTTER,**<br>**in her official capacity as Register of Copyrights,**<br>***Defendants.*** | **Civil Action No. 1:26-cv-02095-AHA**<br><br>**August 28, 2026** |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff, Mark M. Kratter, respectfully submit this Notice of Supplemental Authority in support of his claim under 5 U.S.C. § 706(1) alleging unreasonable delay in adjudicating their Second Request for Reconsideration, filed October 27, 2025 and still pending before the Copyright Office's Review Board.

Since the filing of the Complaint, additional publicly available information has further documented the Copyright Office's multi-year delays in resolving Second Requests for Reconsideration **in applications containing multiple works**, including group submissions similar to Plaintiffs' six-work application. Recent Review Board decisions issued in 2026 confirm that Second Requests involving multi-work applications are now routinely taking **four to five years** to adjudicate: a sculptural footwear Second Request filed June 2021 and decided March 2026 (approx. 4 years, 9 months); a three-dimensional multi-work design Second Request filed January 2022 and decided May 2026 (approx. 4 years, 4 months); a sculptural multi-work submission filed March 2022 and decided May 2026 (approx. 4 years, 2 months); and an

architectural multi-work submission filed March 2022 and decided May 2026 (approx. 4 years, 2 months).

These delays have been widely reported in the public press, which has noted that applicants seeking review of copyright refusals—particularly those involving **multiple works within a single application**—are now facing multi-year waits before the Review Board issues decisions. The publicly documented backlog corroborates Plaintiffs' allegations that the Board is operating without any "rule of reason" governing Second Request processing times, and that Plaintiffs' pending Second Request—now approaching one year without action—is part of a systemic delay that routinely extends for several years.

This supplemental authority supports Plaintiffs' claim under § 706(1) that the Copyright Office has unlawfully withheld or unreasonably delayed agency action. See *Telecommunications Research & Action Center v. FCC* ("TRAC"), 750 F.2d 70, 80 (D.C. Cir. 1984).

Respectfully submitted,

**/s/ Mark M. Kratter**______
**Mark M. Kratter** Plaintiff,
Pro Se Norwalk, Connecticut

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EAST VILLAGE SHOE REPAIR, LLC;**<br>**BORIS ZUBOROV, an individual; and**<br>**MARK M. KRATTER, an individual,**<br>***Plaintiffs,***<br>**v.**<br>**UNITED STATES COPYRIGHT OFFICE; and SHIRA PERLMUTTER,**<br>**in her official capacity as Register of Copyrights,**<br>***Defendants.*** | **Civil Action No. 1:26-cv-02095-AHA**<br><br>**August 28, 2026** |

## CERTIFICATE OF SERVICE

I certify that on this 28th day of August, 26 2026, I filed the foregoing Notice of Supplemental Authority through the Court's CM/ECF system. The CM/ECF system will automatically serve all counsel of record, including counsel for the United States.

**/s/ Mark M. Kratter**
**Mark M. Kratter**