**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EAST VILLAGE SHOE REPAIR, LLC;**<br>**BORIS ZUBOREV, an individual; and**<br>**MARK M. KRATTER, an individual,**<br>***Plaintiffs,***<br>**v.**<br>**UNITED STATES COPYRIGHT OFFICE; and SHIRA PERLMUTTER,**<br>**in her official capacity as Register of Copyrights,**<br>***Defendants.*** | **Civil Action**<br>**No. 1:26-cv-02095-AHA**<br><br>**September 10, 2026** |

**MOTION TO SUBSTITUTE PARTY AND CORRECT PARTY NAME**

Plaintiff Mark M. Kratter respectfully moves the Court for an order substituting the proper party and correcting clerical errors in the spelling of one of plaintiff's names. This motion is made pursuant to Federal Rules of Civil Procedure 17(a)(3), 21, 15(a), and 60(a), and is supported by the record.

**I. RELIEF REQUESTED**

Plaintiff requests that the Court enter an order:

1. **Substituting Eugene Finkelberg d/b/a East Village Shoe Repair in place of East Village Shoe Repair, LLC**, because the LLC does not exist as a corporate entity, and the proper party is the individual who owns and operates the East Village Shoe Repair business. Substitution is therefore appropriate under Rules 17(a)(3), 21, and 15(a) to reflect the correct real party in interest.

2. **Correcting the spelling of plaintiff Boris Zuborev**, which is incorrectly listed on the docket and in Defendants' filings as "Zuborov" and "Zubrov."
3. Granting such other relief as the Court deems just and proper.

II. BACKGROUND

The Complaint identifies three plaintiffs:

- East Village Shoe Repair, LLC ("EVSR"),
- Boris Zuborev, and
- Mark M. Kratter.

As reflected in Defendants' pre-motion statement, public records show that **the LLC is not recognized as a corporate entity under New York law**. The Complaint never relied on the LLC for standing, and standing is independently satisfied by the two individual plaintiffs.

Subsequent review confirms that **East Village Shoe Repair is a sole proprietorship owned and operated by Eugene Finkelberg**. Because the LLC does not exist, and because the business is operated by a real individual, the proper party is **Eugene Finkelberg d/b/a East Village Shoe Repair**.

Additionally, the docket and Defendants' filings repeatedly misspell plaintiff **Boris Zuborev** as "Zuborov" and "Zubrov." This is a clerical error that should be corrected under Rule 60(a).

## III. ARGUMENT

A. Substitution Is Proper Under Rules 17(a)(3), 21, and 15(a)

Rule 17(a)(3) permits substitution of the real party in interest when the original designation was in error. EVSR LLC was listed based on the belief that it existed as a corporate entity. It does not. The real party in interest is **Eugene Finkelberg**, the individual who owns and operates East Village Shoe Repair.

Rule 21 authorizes the Court to add or drop parties "at any time, on just terms." Substitution here does not prejudice Defendants, does not alter the claims, and merely corrects the identity of the proper plaintiff.

Rule 15(a) permits amendment to correct party names, and courts routinely allow substitution where the original designation was mistaken but the intended party is clear.

**B. Correction of Plaintiff's Name Is Proper Under Rule 60(a)**

Rule 60(a) authorizes correction of clerical mistakes in the record. The docket and Defendants' filings incorrectly list plaintiff **Boris Zuborev** as "Zuborov" and "Zubrov." The correct spelling is **Zuborev**, as reflected in the Complaint and the copyright application.

Correcting this error ensures accuracy and avoids confusion.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EAST VILLAGE SHOE REPAIR, LLC;**<br>**BORIS ZUBOREV, an individual; and**<br>**MARK M. KRATTER, an individual,**<br>***Plaintiffs,***<br>**v.**<br>**UNITED STATES COPYRIGHT OFFICE; and SHIRA PERLMUTTER,**<br>**in her official capacity as Register of Copyrights,**<br>***Defendants.*** | **Civil Action**<br>**No. 1:26-cv-02095-AHA** |

**PROPOSED ORDER**

Plaintiff respectfully requests that the Court enter an order:

1. Substituting **Eugene Finkelberg d/b/a East Village Shoe Repair** for **East Village Shoe Repair, LLC**;
2. Correcting the spelling of plaintiff **Boris Zuborev** on the docket and in all future filings;
3. Directing the Clerk to update the docket accordingly; and
4. Granting such other relief as the Court deems proper.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EAST VILLAGE SHOE REPAIR, LLC;**<br>**BORIS ZUBOREV, an individual; and**<br>**MARK M. KRATTER, an individual,**<br>***Plaintiffs,***<br>**v.**<br>**UNITED STATES COPYRIGHT OFFICE; and SHIRA PERLMUTTER,**<br>**in her official capacity as Register of Copyrights,**<br>***Defendants.*** | **Civil Action**<br>**No. 1:26-cv-02095-AHA**<br><br>**September 10, 2026** |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on today's date, I served this Motion on:

**Civil Process Clerk** United States Attorney's Office District of Columbia 555 Fourth Street NW Washington, DC 20530

**Attorney General of the United States** U.S. Department of Justice 950 Pennsylvania Avenue NW Washington, DC 20530

**United States Copyright Office** 101 Independence Avenue SE Washington, DC 20559

**Shira Perlmutter, Register of Copyrights** United States Copyright Office 101 Independence Avenue SE Washington, DC 20559

Because Defendants are represented by counsel and participate in CM/ECF, electronic service will be effected automatically.

**<u>/s/ Mark M. Kratter</u>**
**Mark M. Kratter**
71 East Avenue, Suite K
Norwalk, CT 06851
203-853-2312
Laws4ct@aol.com